IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALLEN GLENN THOMAS, ID # 633145, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:06-CV-0479-D |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER

After reviewing *de novo* all relevant matters of record in this case, including the March 31, 2006 Findings, Conclusions, and Recommendation of the United States Magistrate Judge and petitioner's April 10, 2006 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Petitioner's April 10, 2006 motion for appointment of counsel is denied.

**SIGNED** April 12, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE